# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>USA HOTEL GROUP LLC,<br><br>Defendant. | Case No: 8:21-cv-00756-JLS-ADS<br><br>**ORDER DISMISSING CASE** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. 15), IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

Dated: July 23, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE